In the Matter of RICKEY CLARK, Appellant, v PHILIP HEATH, Respondent.

Submitted August 5, 2013; decided October 15, 2013

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

In the Matter of LAVAR DAVIS, Appellant, v ALBERT PRACK, as Acting Director of Special Housing and Inmate Disciplinary Programs, Respondent.

Submitted June 10, 2013; decided October 15, 2013

Motion, insofar as it seeks leave to appeal from the Appellate Division judgment, dismissed as untimely (*see* CPLR 5513 [b]; *Eaton v State of New York*, 76 NY2d 824 [1990]); motion, insofar as it seeks leave to appeal from the Appellate Division order denying reargument and reconsideration, dismissed upon the ground that such order does not finally determine the proceeding within the meaning of the Constitution.

In the Matter of SAM ESPOSITO, Appellant, v RAYMOND KELLY, as Police Commissioner of the City of New York, et al., Respondents.

Submitted August 19, 2013; decided October 15, 2013

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution and is not an order of the type provided for in CPLR 5602 (a) (2).